# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| JUDGE: DAVID L. HORAN | |
| DEPUTY CLERK: Shakira Todd | COURT REPORTER/TAPE NO: Tuti Bui |
| LAW CLERK: | USPO/PTSO: |
| INTERPRETER: N/A | COURT TIME: 10:37 – 11:48 |
| 10:00 A.M.    P.M. | DATE: September 21, 2020 |

☑ MAG. NO.        ☐ DIST. CR. NO. 3:20-mj-00960-BK *SEALED*   US Magistrate Judge Renee Harris Toliver

UNITED STATES OF AMERICA                           Katherine Miller, AUSA

v.

                                                   Maria Chin (F)
DINESH SAH (1)                                     COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

☐ INITIAL APPEARANCE  ☐ IDENTITY  ☐ BOND HEARING  ☑ PRELIMINARY HEARING
☑ DETENTION HEARING  ☐ COUNSEL DETERMINATION HEARING  ☐ REMOVAL HEARING  ☐ EXTRADITION HEARING
☐ HEARING CONTINUED ON _____ CASE NO. _____ ☐ OTHER DISTRICT  ☐ DIVISION
☐ DATE OF FEDERAL ARREST/CUSTODY:  ☐ SURRENDER _____
☐ RULE 5/32  ☐ APPEARED ON WRIT
☐ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES  ☐ PROBATION/SUPERVISED RELEASE VIOLATOR
☐ DEFT FIRST APPEARANCE WITH COUNSEL.
☐ DEFT  ☐ MW (MATERIAL WITNESS) _____ APPEARED ☐ WITH ☐ WITHOUT COUNSEL
☐ REQUESTS APPOINTED COUNSEL.
☐ FINANCIAL AFFIDAVIT EXECUTED.
☐ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☐ PRIVATE COUNSEL APPOINTED _____
☐ DEFT HAS RETAINED COUNSEL _____
☐ ARRAIGNMENT SET  ☐ DETENTION HEARING SET _____

☐ PRELIMINARY HEARING SET _____  ☐ BOND HEARING SET _____
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☐ BOND  ☐ SET  ☐ REDUCED TO $ _____  ☐ CASH  ☐ SURETY  ☐ 10%  ☐ PR  ☐ UNS  ☐ 3RD PTY  ☐ MW
☐ NO BOND SET AT THIS TIME, ___ DAY DETENTION ORDER TO BE ENTERED.
☐ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☑ ORDER OF DETENTION PENDING TRIAL ENTERED.
☐ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED  ☐ DEFT  ☐ MW RELEASED  ☐ STATE AUTHORITIES  ☐ INS
☑ DEFT  ☐ MW  REMANDED TO CUSTODY.
☐ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☐ WAIVER OF  ☐ PRELIMINARY HEARING  ☐ RULE 5/32 HEARING  ☐ DETENTION HEARING
☑ COURT FINDS PROBABLE CAUSE  ☐ ID  ☑ PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☑ REMARKS: Government's Exhibits 1-3. Admitted w/out objection. Exhibits given to MJ CRD.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 21 2020
CLERK, U.S. DISTRICT COURT
By _____ Deputy