IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.                                                             NO.  3:20-CR-484-S

DINESH SAH

## GOVERNMENT'S STATUS REPORT REGARDING DISCOVERY AND PENDING MOTION

The Government submits this status report regarding discovery, pursuant to the Court's February 7, 2023 Discovery Order.  (Dkt. 119).  Following the discovery order, the Government served interrogatories and requests for production on third-party forfeiture Petitioner Panin Hitech Solutions Pvt Limited Ltd and third-party forfeiture Petitioner Pankaj L Gohil.  On March 7, 2023, both Petitioners filed a motion to dismiss their third-party forfeiture petitions.  (Dkt. 120).  On March 9, 2023, the Government filed a response where it did oppose the Petitioners' motion to dismiss their third-party forfeiture petitions, and that the petitions under 21 U.S.C. § 853(n) at (Dkt. 82) and (Dkt. 83) should be dismissed **with prejudice**.  Once the petitions are dismissed, the Government will file a motion for final order of forfeiture.

**Government's Status Report – Page 1**

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

*/s/ Dimitri N. Rocha*
DIMITRI N. ROCHA
Assistant United States Attorney
Florida Bar No. 693332
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8650
Facsimile: 214-659-8803
E-mail: dimitri.rocha@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on April 5, 2023, the foregoing pleading was filed with the Court's ECF system and served on all counsel of record.

*/s/ Dimitri N. Rocha*
DIMITRI N. ROCHA

**Government's Status Report – Page 2**