IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

———————————————————————

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:20-CR-484-S |
| DINESH SAH | |

## ORDER

Having considered the Voluntary Consolidated Motion to Dismiss Petitions of Pankaj L. Gohil and Panin Hitech Solutions Pvt. Ltd for Adjudication of Interest in Property Pursuant to 21 U.S.C. § 853(n), specifically $1,500,000.00 in funds listed as item 7, page 8; and $1,500,000.00 in funds listed as item 8, page 8, which are subject to this Court's August 24, 2021, Amended Preliminary Order of Forfeiture, the Motion (Doc. 120) is hereby GRANTED, and the petitions (Doc. 82 and 83) are dismissed with prejudice.

SO ORDERED on April 6, 2023.

REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE

ORDER Solo Page